**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 05, 2018**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| *In re:* § | | **CASE NO: 18-10056-tmd** |
| §  | | |
| **CHARLENE ANDREA INNISS,** § | | |
| § | | |
| *Debtor.* § | | **CHAPTER 13** |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF HUSSAM AL LEHELBAT

**CAME ON FOR CONSIDERATION THIS DAY,** the Motion for Relief from Automatic Stay of Hussam Al Lehelbat, "Movant" herein. After considering the pleadings, the testimony of the parties and the argument of counsel, the Court finds that is has jurisdiction over this matter and that service was proper in this matter. The Court therefore finds that the relief requested should be granted and does hereby grant the Motion. Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED** that the automatic stay is hereby lifted for all purposes to allowed Movant, Hussam Al Lehelbat, to immediately pursue a Writ of Possession to remove the Debtor, **CHARLENE ANDREA INNISS,** from the real property located at 308 Greener Drive, Leander, Texas 78641 and further described as follows:

Lot 17, Block B, Westwood Section One, An Addition in Williamson County, According to the Plat of Record in Cabinet S, Slide 360, Williamson County, Texas.

It is further

**ORDERED, ADJUDGED and DECREED** that the provisions of Rule 4001(a)(3) are hereby WAIVED and the Movant may immediately move to enforce the Writ of Possession.

# # #

Order prepared by:

THE LAW OFFICES OF
DOUGLAS J. POWELL, P.C.
Douglas J. Powell
S.B.N. 16194900
Attorney for Movants
820 West 10th Street
Austin, TX 78701
(512) 476-2457
(512) 477-4503 (telefax)
Email: dpowell@dougpowelllaw.com

Copy of Order to:

**CHARLENE ANDREA INNISS** , Debtor